# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

**26-749 C**

Names:  Lee Mendelson Film Productions, Inc.

Location of Plaintiff(s)/Petitioner(s) (city/state):  Burlingame, California

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)):  Paul V. LiCalsi
    Firm Name:  Reitler Kailas & Rosenblatt LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address:  885 Third Avenue, 20th Floor
City-State-ZIP:  New York, NY 10022
Telephone Number:  (212) 209 3050
E-mail Address:  plicalsi@reitlerlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑ Yes  ☐ No

---

Nature of Suit Code:  502
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code:  DOI
Number of Claims Involved:  1

Amount Claimed: $ 30,000.00 (estimated)
    Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?  ☐ Yes  ☐ No
    Was this action proceeded by the filing of a  ☐ Yes  ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCFC 40.2.

194