**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LEE MENDELSON FILM PRODUCTIONS, INC., | No. 1:26-cv-749-AOB |
| Plaintiff, | Judge Armando O. Bonilla |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Carrie Rosato as attorney of record for the United States. Service of all papers by mail through the United States Postal Service should be addressed as follows:

Carrie Rosato
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC  20530

Service of all papers by other methods, such as Federal Express and messenger, should be addressed as follows:

Carrie Rosato
Trial Attorney
Commercial Litigation Branch
1100 L Street, NW
Room 8514
Washington, DC  20005

1

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

Of Counsel:                                            *s/ Carrie Rosato*
                                                       CARRIE E. ROSATO
CONRAD J. DeWITTE, JR.                                 Trial Attorney
Department of Justice                                  Commercial Litigation Branch
                                                       Civil Division
                                                       Department of Justice
                                                       Washington, DC  20530
June 8, 2026                                           carrie.e.rosato@usdoj.gov
                                                       (202) 307-0415

                                                       *Counsel for the United States*