# In the United States Court of Federal Claims

**No. 26-749 C**
**Filed: August 3, 2026**

| | | |
|---|---|---|
| ************************************ | | |
| **LEE MENDELSON FILM PRODUCTIONS, INC., Plaintiff,** | * | |
| | * | **JUDGMENT** |
| **v.** | * | |
| | * | |
| **THE UNITED STATES, Defendant.** | * | |
| ************************************ | | |

Pursuant to the court's Order, filed August 3, 2026, and the parties' stipulation for entry of judgment, also filed August 3, 2026,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff shall recover of and from the United States the total lump sum amount of $20,000.00. Each party shall bear its own costs and attorneys' fees.

Lisa L. Reyes
Clerk of Court

By: s/Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.